UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES STEPHEN BELLES,<br><br>        Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | CIVIL ACTION NO. 3:21-CV-02179<br><br>(MEHALCHICK, M.J.) |

### ORDER

**AND NOW**, this 11th day of October, 2022, in accordance with the Memorandum filed concurrently herewith, **IT IS HEREBY ORDERED THAT**:

1. The Commissioner's decision to deny Plaintiff James Stephen Belles benefits under Title II of the Social Security Act (Doc. 1) is **AFFIRMED**;

2. The Clerk of Court is directed to enter **FINAL JUDGMENT** in favor of the Commissioner and against Belles; and

3. The Clerk of Court is directed to **CLOSE** this case.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**